# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 25, 2015

### NO. 03-13-00510-CV

**Investment Retrievers, Inc., a California Corporation, Assignee of Wells Fargo Bank, N.A., Appellant**

**v.**

**Linda K. Fisher, Individually and d/b/a Fisher Properties, Appellee**

**APPEAL FROM COUNTY COURT AT LAW NO. 1 OF TRAVIS COUNTY
BEFORE JUSTICES PURYEAR, GOODWIN, AND FIELD
AFFIRMED IN PART; REVERSED AND REMANDED IN PART –
OPINION BY JUSTICE GOODWIN**

This is an appeal from the judgment signed by the trial court on July 1, 2013. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the trial court's judgment. The Court affirms the portion of the trial court's judgment as to Investment Retrievers's claim for quantum meruit, reverses the trial court's judgment as to Investment Retrievers's remaining claims and remands the case to the trial court for further proceedings consistent with the Court's opinion. The appellee shall pay all costs relating to this appeal, both in this Court and the court below.